**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re* SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC | Case No.: 26-mc-00099-RJL-ZMF<br>**ORAL ARGUMENT REQUESTED** |
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br>Defendant. | Underlying action:<br>United States District Court for the District of Oregon, Eugene Division<br>Case No. 6:25-cv-01869-MC |

**DECLARATION OF RYAN WATSTEIN**

1. My name is Ryan D. Watstein. I am an attorney and co-founder of Watstein Terepka LLP, a law firm based at 75 14th Street NE, Suite 2600, Atlanta, Georgia 30309. I am over the age of 18, of sound mind, and competent to make this Declaration.

2. I am counsel of record for Defendant Freeway Insurance Services of America, LLC ("Freeway") in *Wilson v. Freeway Insurance Services of America, LLC*, No. 6:25-cv-01869 (D. Or.) (the "Underlying Action").

3. I submit this declaration in support of Freeway's Opposition to Non-Party Heidarpour Law Firm, PLLC's ("HLF") Emergency Motion to Stay and Quash a Subpoena. I make this Declaration based on my personal knowledge. If called to do so, I could testify competently to the facts stated herein under oath.

4. Wilson has been a named plaintiff in 83 TCPA class actions since October 2024. Of those 83 cases, 55 have settled or have otherwise been resolved or dismissed as of the date of this declaration.

5. Since Freeway filed its Motion to Deny Class Certification on May 16, 2026, Plaintiff has dismissed or settled eight of his pending cases, including cases in which he had recently opposed motions to dismiss:

a. *Wilson v. Staples, Inc.*, No. 1:26-cv-11489 (D. Mass.): on May 19, 2026, the defendant filed a motion for extension of time to file its answer pending settlement (Dkt. No. 8), and Plaintiff subsequently filed a Notice of Voluntary Dismissal (Dkt. No. 10).

b. *Wilson v. Mortg. One, Inc.*, No. 3:25-cv-03648 (S.D. Cal.): Plaintiff filed a Notice of Voluntary Dismissal on May 20, 2026 (Dkt. No. 16), despite having recently defended his claims against a Rule 12(b)(6) motion (Dkt. Nos. 11, 12, 13).

c. *Wilson v. Dealmed Med. Supplies, LLC*, No. 1:26-cv-9 (E.D.N.Y.): Plaintiff filed a Notice of Voluntary Dismissal on May 20, 2026 (Dkt. No. 22), despite having recently defended his claims against a Rule 12(b)(6) motion (Dkt. Nos. 15, 18).

d. *Wilson v. Yakima Valley Farm Workers Clinic,* No. 1:26-cv-3003 (E.D. Wash.): Plaintiff filed a Stipulation of Dismissal with Prejudice on May 22, 2026 (Dkt. No. 15).

e. *Wilson v. AMS Moving Inc.*, No. 9:26-cv-80334 (S.D. Fla.): Plaintiff filed a Notice of Settlement on May 26, 2026 (Dkt. No. 10).

f. *Wilson v. Easy Spirit, LLC*, No. 3:25-cv-112 (D. Conn.): Plaintiff filed a Stipulation of Dismissal with Prejudice on May 26, 2026 (Dkt. No. 99).

g. *Wilson v. Vozzcom, Inc.*, No. 0:25-cv-61793 (S.D. Fla.): Plaintiff filed a Notice of Settlement on June 12, 2026 (Dkt. No. 43).

h. *Wilson v. Hard Eight Nutrition LLC*, No. 6:25-cv-144 (D. Or.): Plaintiff filed a stipulation of dismissal on June 30, 2026 (Dkt. No. 31).

6. Since Freeway served its May 20, 2026 subpoena on HLF (the "Subpoena"), HLF has produced 14 pages of documents. These documents contain photographs of computer screens showing text messages Wilson purportedly received from Freeway, text messages between Wilson and an unidentified person, and two "contingent fee agreements."

7. Comparing HLF's production to the Subpoena's requests, HLF has produced no documents in the following responsive categories: referral and co-counsel agreements; demand letters HLF has sent on behalf of Wilson; and settlement agreements and settlement statements. Freeway seeks the settlement documents because they would show how settlement funds are allocated between Wilson and his attorneys.

8. HLF has produced engagement letters, demand letters, and settlement documentation in response to subpoenas served in other actions in which it holds an undisclosed financial interest, without moving to quash.

9. I have seen examples of settlement statements HLF prepares in such matters. The ones I have seen include a release from the plaintiff to his/her own counsel from claims arising out of the representation, and the plaintiff's signature on those settlement statements appears as a bare electronic mark, without a DocuSign or SignNow verification log showing that the plaintiff opened, reviewed, or executed the document personally.

10. Attached hereto as **Exhibit 1** is a true and correct copy of the Contingent Fee Agreement between Plaintiff Chet Wilson and HLF, signed October 4, 2024, and voluntarily produced by HLF on June 18, 2026 with Bates numbers HLF_Freeway_0000009–HLF_Freeway_0000011.

11. Attached hereto as **Exhibit 2** is a true and correct copy of the docket sheet for the Underlying Action. Docket Entry No. 25 is Judge McShane's June 29, 2026 text scheduling order.

12. Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena, which Freeway served on HLF in connection with the Underlying Action.

13. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the deposition of Plaintiff Chet Wilson, taken December 12, 2025, in *Wilson v. Skopos Financial, LLC*, No. 6:25-cv-00376 (D. Or.).

14. Attached hereto as **Exhibit 5** is a true and correct copy of the Complaint filed in the Underlying Action on October 12, 2025.

15. Attached hereto as **Exhibit 6** is a true and correct list, compiled by my firm from PACER records, of TCPA class actions Wilson has filed in federal courts since October 2024.

16. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's Opposed Motion to Voluntarily Dismiss with Prejudice, for Extension of Time, and to Stay Discovery, filed in the Underlying Action on June 1, 2026.

17. Attached hereto as **Exhibit 8** is a true and correct copy of Freeway's Motion to Extend the Discovery Period, filed in the Underlying Action on June 18, 2026.

18. Attached hereto as **Exhibit 9** is a true and correct copy of the Contingent Fee Agreement between Wilson, HLF, Anthony Paronich, and Andrew Perrong, signed August 29, 2025, and voluntarily produced by HLF on June 18, 2026 with Bates numbers HLF_Freeway_0000012–HLF_Freeway_0000014.

19. Attached hereto as **Exhibit 10** is a true and correct copy of Freeway's Answers and Affirmative Defenses, filed in the Underlying Action on January 5, 2026.

20. Attached hereto as **Exhibit 11** is a true and correct copy of correspondence exchanged between Nathaniel Haas, a partner at Watstein Terepka LLP, and Peter Farag, an associate at Milbank, regarding a subpoena directed to HLF in *Bronstin v. Southern California Edison Company*, No. 8:25-cv-2334-FWS-ADS (C.D. Cal.) (the "Bronstin Subpoena").

21. Attached hereto as **Exhibit 12** is a true and correct copy of correspondence I sent to Mr. Farag regarding his criticism of the Bronstin Subpoena. Despite two follow-up emails on the matter, no one from Milbank ever responded to my emails.

22. Attached hereto as **Exhibit 13** is a true and correct copy of correspondence between Mr. Haas and Wilson's counsel, Andrew Perrong, wherein Mr. Perrong offers to dismiss the *Bronstin* case with prejudice right after we served the subpoena on HLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2026 in Atlanta, Georgia.

/s/ Ryan D. Watstein
Ryan D. Watstein