# EXHIBIT A

## Hourly Rates and Hours Sworn by Avi R. Kaufman and Rachel E. Kaufman in Class Settlements

Rates and hours as stated in the cited fee declaration or fee order.

| Lawyer | Case | Source | Date Signed / Filed | Hourly Rate | Hours Claimed |
|---|---|---|---|---|---|
| Avi Kaufman | Taylor v. Cardinal Fin. | Kaufman Decl., Dkt. 49-2 ¶¶26-30 | 04/21/2023 | $800 | 393.5 |
| Avi Kaufman | Lomas v. Health Ins. Assocs., 6:22-cv-679 (M.D. Fla.) | Kaufman Decl., Dkt. 32-1 | 05/19/2023 | $800 | 190.5 |
| Avi Kaufman | DeShay v. Keller Williams (Fla. 19th Cir.) | Kaufman Decl. | 01/30/2023 | $800 | 1528 |
| Avi Kaufman | Stark v. BCBS NC, 1:23-cv-22 (M.D.N.C.) | Fee order, Dkt. 80 (2025 WL 524781) n.6 | 02/18/2025 | $800 | — |
| Avi Kaufman | Marden's Ark v. UnitedHealth, 5:23-cv-708 (E.D.N.C.) | Kaufman Decl., Dkt. 35-1 | 05/23/2025 | $800 | 153 |
| Avi Kaufman | Carter v. Teleflora | Kaufman Decl. ¶¶21-23 | 10/16/2026 | $800 | 297 |
| Rachel Kaufman | Taylor v. Cardinal Fin. | Kaufman Decl., Dkt. 49-2 | 04/21/2023 | $730 | 249.5 |
| Rachel Kaufman | Lomas v. Health Ins. Assocs. | Kaufman Decl., Dkt. 32-1 | 05/19/2023 | $730 | 98 |
| Rachel Kaufman | DeShay v. Keller Williams | Kaufman Decl. | 01/30/2023 | $730 | 1078 |
| Rachel Kaufman | Marden's Ark v. UnitedHealth | Kaufman Decl., Dkt. 35-1 | 05/23/2025 | $730 | 73 |
| Rachel Kaufman | Carter v. Teleflora | Kaufman Decl. | 10/16/2026 | $730 | 109 |