# EXHIBIT C

**Class Settlements With Anthony Paronich as Class Counsel (Fee Motion or Fee Order, Nov. 2022 – Present)**

*Hours and rates are reproduced as stated in the cited fee declarations. "None disclosed" means the fee papers state no hours or rate for Paronich or his firm. Cases are listed by date filed. Where a case was refiled or removed, Date Filed is the date the litigation was first filed. A dash in Fee Awarded means no fee award has been entered or located.*

| No. | Case | Court | Case No. | Date Filed | Fee Requested | Fee Awarded | Hours Stated for Paronich / Paronich Law | Paronich Hourly Rate | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vance v. DirecTV, LLC | N.D. W. Va. | 5:17-cv-00179 | 12/11/2017 | $5,616,666.00 | $5,616,666.00 | 277.8 | $650 | Paronich Decl., Dkt. 393-4 ¶¶ 4, 6; Final Approval Order, Dkt. 404 | Paronich changed firms during this case. This figure does not include his time worked at his prior firm. His prior firm attested to an additional 603.7 attorney hours but did not state how many of those hours were Paronich's. *See* Broderick Decl., Dkt. 393-3 ¶ 7. |
| 2 | Berman v. Freedom Financial Network, LLC | N.D. Cal. | 4:18-cv-01060 | 02/19/2018 | $2,812,500.00 | $2,812,500.00 | 95 | $550 | Paronich Decl. & billing records, Dkt. 358 ¶ 5, pp. 6–8; Order, Dkt. 368 at 1. | Paronich changed firms during this case. This figure does not include his time worked at his prior firm. His prior firm attested to an additional 897.4 attorney hours but did not state how many of those hours were Paronich's. *See* Broderick Decl., Dkt. 359 ¶ 5. |
| 3 | Williams v. PillPack LLC | W.D. Wash. | 3:19-cv-05282 | 04/12/2019 | $2,166,450.00 | $2,166,450.00 | Over 750 | 750 (billing records) | Paronich Decl., Dkt. 350 ¶¶ 8–9; billing records, Dkt. 350-1; Murray Decl., Dkt. 349 ¶ 27 & n.1; Order, Dkt. 361 at 6. | |
| 4 | Boger v. Citrix Systems, Inc. | D. Md. | 8:19-cv-01234 | 04/26/2019 | $916,666.67 | $916,667.67 | None disclosed | None disclosed | Paronich Decl., Dkt. 60-2 (no hours or rate); Mem. Op. & Order, Dkt. 68 | |
| 5 | Mantha v. QuoteWizard.com, LLC | D. Mass. | 1:19-cv-12235 | 10/29/2019 | $6,333,333.33 | $6,333,333.33 | 1,215 | $800 | Paronich Decl., Dkt. 393-3 ¶¶ 4–5; Fee Mot., Dkt. 393 at 1; Clerk's Notes (motion allowed), Dkt. 396 | |
| 6 | Murray v. Grocery Delivery E-Services USA Inc. (HelloFresh) | D. Mass. | 1:19-cv-12608 | 12/30/2019 | $2,200,000.00 | $2,200,000.00 | 561.7 | $550 | Paronich Decl. (May 31, 2021), Dkt. 92-3 ¶ 14; Order, Dkt. 170 ¶ 21 | |
| 7 | Perrong v. Frontier Utilities Northeast LLC | E.D. Pa. | 2:20-cv-05844 | 11/23/2020 | $1,016,666.00 | $1,016,666.00 | None disclosed | None disclosed | Paronich Decl., Dkt. 54-1 ¶¶ 14–17 (fee paragraphs; no hours or rate); Order, Dkt. 59 ¶¶ 11, 14 | |
| 8 | Smith v. Assurance IQ, LLC (refiled from Rogers v. Assurance IQ, LLC, No. 2:21-cv-00823 (W.D. Wash.)) | Ill. Cir. Ct. (Cook Cty.) | 2023-CH-09225 | 06/17/2021 | $8,750,000.00 | — | None disclosed | None disclosed | Objection of N. Chidiac (HLLI) (fee request; no lodestar submitted); Final Approval Order ¶ 21.H (fee ruling reserved) | |
| 9 | Lucas v. Synchrony Bank | N.D. Ind. | 4:21-cv-00070 | 10/18/2021 | $826,888.00 | $826,888.00 | None disclosed | None disclosed | Paronich Decl., Dkt. 48-4 (no hours or rate); Fee Mem., Dkt. 48-1; Minute Entry (fee motion granted), Dkt. 54 | |
| 10 | Taylor v. Cardinal Financial Co., L.P. | M.D. Fla. | 8:21-cv-02744 | 11/23/2021 | $2,400,000.00 | $2,400,000.00 | 407 | $730 | Paronich Decl., Dkt. 49-3 ¶ 14 & phase tables; Order, Dkt. 55 ¶ 10 | |
| 11 | Mannacio v. Sovereign Lending Group Inc. | W.D. Wash. | 3:22-cv-05498 | 11/29/2021 | $166,666.67 | $166,666.67 | 124.4 | $600 | Joint Decl. of Paronich & Strauss, Dkt. 71 ¶ 8 (fee request), ¶¶ 14–15 (hours, rate); Final Approval Order, Dkt. 77 ¶ 10 | |
| 12 | Kovanen v. Asset Realty LLC | W.D. Wash. | 3:25-cv-05078 | Dec. 2021 (state court) | $231,000.00 | — | None sworn by Paronich | — | Murray Decl. ISO Renewed Prelim. Approval, Dkt. 51 | The Court denied preliminary approval of the $700,000 settlement on November 7, 2025, citing defects in the class definition, notice, and payment terms. Dkt. 39. Plaintiffs' counsel filed a renewed motion on March 27, 2026 (Dkt. 50), which is unopposed and remains pending. |
| 13 | Abramson v. North Star Insurance Advisors, LLC | W.D. Pa. | 2:22-cv-00827 | 06/07/2022 | $125,000.00 | $139,500.00 | None disclosed | None disclosed | Paronich Decl., Dkt. 102-1 ¶¶ 12–17; Final Approval Order, Dkt. 110 ¶ 8 | |
| 14 | Williams v. Choice Health Insurance LLC | M.D. Ala. | 1:23-cv-00292 | 05/02/2023 | $2,100,000.00 | $2,100,000.00 | None disclosed | None disclosed | Paronich Decl., Dkt. 37-3 ¶¶ 3–4; Final Approval Order, Dkt. 46 | |
| 15 | Cornelius v. Deere Credit Services, Inc. | S.D. Ga. | 4:24-cv-00025 | 02/01/2024 | $500,000.00 | $500,000.00 | None disclosed | None disclosed | Paronich Decl., Dkt. 30-1 ¶ 20 ("numerous hours"); Final Order, Dkt. 36 at 5 | |
| 16 | Wilson v. PacifiCorp | D. Or. | 6:24-cv-01956 | 11/21/2024 | — | — | None disclosed | None disclosed | Mot. for Prelim. Approval, Dkt. 47; Paronich Decl., Dkt. 47-3 ¶ 14; Notice Q15, Dkt. 47-1 | Plaintiff's counsel filed a motion for preliminary approval for settlement on June 9, 2026. Dkt. 47. This Court stated it will not approve any class settlement of Wilson's claims on August 19 and stayed this case on August 20, 2026. Dkt. 53. |
| 17 | Jackson v. Gen Digital Inc. | D. Ariz. | 2:25-cv-00535 | 02/18/2025 | $3,316,666.66 | $3,316,666.66 | None disclosed ("hundreds of hours") | None disclosed | Paronich Decl., Dkt. 24-3 ¶¶ 30, 33; Final Order, Dkt. 28 at 6. | |
| 18 | Kamel v. Albertsons Companies, Inc. | Fla. Cir. Ct. (Miami-Dade Cty.) | 2025-007258-CA-01 | 04/21/2025 | $2,380,000.00 | $1,785,000.00 | 124.1 | $1,250 | Paronich Decl. ¶¶ 12–14 (Oct. 11, 2025); Final Order at 1 & ¶ 10 (Jan. 26, 2026) | |

| No. | Case | Court | Case No. | Date Filed | Fee Requested | Fee Awarded | Hours Stated for Paronich / Paronich Law | Paronich Hourly Rate | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Miller v. Zale Delaware, Inc. | Fla. Cir. Ct. (Hillsborough Cty.) | 25-CA-004088 | 05/01/2025 | $2,516,100.00 | $2,516,100.00 | 293 | $800 | Kaufman Decl. (Ex. 2 to Final Approval Mot.) ¶¶ 20, 22 (e-filed Sept. 22, 2025); Final Approval Order ¶ 11 | |
| 20 | Ryan v. Wilshire Law Firm, P.L.C. | Fla. Cir. Ct. (Miami-Dade Cty.) | 2025-022621-CA-01 | 11/14/2025 | $1,991,666.67 | $1,991,666.67 | 302 | $800 | Final Approval Mot. at 11 (fee request); Kaufman Decl. (Ex. 2) ¶¶ 21–23 (hours, rate); Final Order of Approval of Settlement ¶ 11 | |
| 21 | Reyes v. Live Stream Technology Services, Inc. (BuyAlerts) | Fla. Cir. Ct. (Miami-Dade Cty.) | 2026-010685-CA-01 | 05/27/2026 | $1,200,000.00 | — | Not yet filed | Not yet filed | Long Form Notice (fee request of 33.33% of the $3,600,000 Settlement Fund) | Settlement has been preliminarily approved. The final approval hearing is set for February 1, 2027. The notice states counsel will request 33.33% of the $3,600,000 fund; no fee motion has been filed yet. |
| 22 | Carter v. Teleflora LLC | Fla. Cir. Ct. (Miami-Dade Cty.) | 2026-012979-CA-01 | 06/26/2026 | $2,000,000.00 | — | 284 | $800 | Kaufman Decl. ISO Final Approval ¶¶ 21–23 (Oct. 16, 2026) | The fairness hearing is set for November 25, 2026. |
| 23 | Finley v. Altrua Ministries | Ill. Cir. Ct. (LaSalle Cty.) | 2026CH000018 | Not located | $366,666.67 | — | Not obtained | Not obtained | Long Form Notice (fee request up to $366,666.67) | The final approval hearing was set for October 22, 2026. |