# EXHIBIT F

## Summary of Calls Between Chet Wilson's and Chad Barnes's Telephone Numbers

Plaintiff Chet Wilson's number is (541) 999-9999. Chad Barnes's number is (408) 807-[redacted]. This summary draws on two Verizon productions for Wilson's number, called Source A and Source B below. This summary covers every call between Wilson's number and Barnes's number that appears in either source.

| | Source A | Source B |
|---|---|---|
| Verizon case no. | 26325515 | 26510128 |
| Source file | CDR-Billing__5419999999_2024-01-01_to_2026-05-14.519.csv | VCE-5g-Core-Voice__5419999999.csv |
| Record type | Billing records | Network voice records |
| Produced | June 25, 2026<br>Custodian: Danielle Eanes | October 15, 2026<br>Custodian: Isabella DeVall |
| Dates covered | January 9, 2026–May 7, 2026 | May 14, 2026–September 10, 2026 |
| Duration measure | Whole minutes billed | Seconds |

In Source A, Verizon marks calls Wilson received as "Incoming," and every other call is an outgoing call that Wilson placed. Source A lists the February 8 through March 7, 2026 billing cycle twice. This summary counts those calls only once.

In Source B, Verizon codes each call as incoming or outgoing. When a call went to Wilson's voicemail, Source B lists a separate record for the voicemail leg. Beginning in mid-August 2026, Source B also lists some calls twice. This summary counts those calls only once. Neither source contains records for May 8 through May 13, 2026.

## Summary by Period

The records show 47 calls between the two numbers from January 26 through May 4, 2026. Twenty-six of those calls fell from January 26 through March 1, 2026, the five weeks before Barnes filed his declaration in *Barnes v. Jet Quick, LLC*, No. 6:25-cv-02050-MC (D. Or.), on March 2, 2026. The records show 68 calls between the two numbers from May 30 through September 9, 2026. They show none from January 9 through January 25 or from May 14 through May 29.

| Period (2026) | Source | Total Calls | Barnes to Wilson | Wilson to Barnes | Duration (Minutes) |
|---|---|---|---|---|---|
| January 9–25 | A | 0 | 0 | 0 | 0 |
| January 26 | A | 2 | 2 | 0 | 3 |
| January 27–March 1 | A | 24 | 18 | 6 | 120 |
| March 2–May 4 | A | 21 | 15 | 6 | 77 |
| May 14–29 | B | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| May 30–June 30 | B | 7 | 4 | 3 | 24.5 |
| July 1–<br>September 10 | B | 61 | 39 | 22 | 296.7 |