# EXHIBIT G

## TCPA filings by known HLF claimants, Jan. 2025 – Oct. 2026

Bars: cases filed each month; the hatched bar is a partial month (Oct. 1–23, 2026) and is left out of the averages.




Source: Law360 federal dockets (pulled Oct. 23–27, 2026). Disclosure dates from WT Clio records; Wilson v. Freeway, No. 6:25-cv-01869-MC (D. Or.), ECF 19 and ECF 47.