# EXHIBIT H

# EXHIBIT
# H

**Summary of Calls and Texts Between Chet Wilson's Telephone Number and Numbers Used by Heidarpour Law Firm and Dana J. Oliver**

Plaintiff Chet Wilson's number is (541) 999-9999. Heidarpour Law Firm, PLLC's ("HLF") main number is (202) 234-2727. Dana J. Oliver's number is (562) 500-0600. This summary draws on two Verizon productions for Wilson's number, called Source A and Source B below. This summary covers every call and text between Wilson's number and either of the other two numbers that appears in either source. Freeway requested records beginning January 1, 2024, but Verizon retains call and text detail for 365 days, so Source A's records begin May 15, 2025.

| | **Source A** | **Source B** |
|---|---|---|
| Verizon case no. | 26325515 | 26510128 |
| Source file | • CDR-4g_VoLTE__5419999999_2024-01-01_to_2026-05-14.702.csv<br>• VCE-5g-Core-Voice__5419999999_2024-01-01_to_2026-05-14.819.csv<br>• TextDetail-SMS__5419999999_2024-01-01_to_2026-05-14.487.csv<br>• TextDetail-MMS__5419999999_2024-01-01_to_2026-05-14.959.csv | • VCE-5g-Core-Voice__5419999999.csv<br>• TextDetail-SMS__5419999999.csv<br>• TextDetail-MMS__5419999999.csv |
| Record type | Network voice records; text message (SMS) and multimedia message (MMS) records | Network voice records; SMS and MMS records |
| Produced | June 25, 2026<br>Custodian: Danielle Eanes | October 15, 2026<br>Custodian: Isabella DeVall |
| Dates covered | May 15, 2025–May 14, 2026 | May 14, 2026–September 10, 2026 |

In both sources, Verizon codes each call as incoming or outgoing, and each text shows its sender and recipient. When a call went to Wilson's voicemail, Verizon lists a separate forwarding or voicemail record for the same call. Source B also lists some calls twice. This summary counts each of those calls only once.

Both sources include May 14, 2026. Five calls between Wilson's number and HLF's number appear in both sources, and this summary counts them only once, under Source A. Dates for calls and texts are stated in Pacific time.

**Summary by Period**

Calls and Texts with HLF's Main Number

Source A shows 498 calls and texts between Wilson's number and HLF's main number from May 15, 2025 through May 14, 2026 (the first on May 18, 2025). Of those, 418 were calls, 345 of them from HLF, and 80 were texts, 71 of them from HLF. Source B shows 70 more calls and texts from May 15 through September 2, 2026.

| Period | Source | Calls: HLF to Wilson | Calls: Wilson to HLF | Texts: HLF to Wilson | Texts: Wilson to HLF | Total Calls and Texts |
|---|---|---|---|---|---|---|
| May 15–31, 2025 | A | 10 | 3 | 0 | 0 | 13 |
| June 2025 | A | 38 | 3 | 0 | 0 | 41 |
| July 2025 | A | 23 | 3 | 3 | 2 | 31 |
| August 2025 | A | 22 | 5 | 44 | 0 | 71 |
| September 2025 | A | 51 | 3 | 22 | 0 | 76 |
| October 2025 | A | 44 | 13 | 0 | 0 | 57 |
| November 2025 | A | 28 | 7 | 0 | 0 | 35 |
| December 2025 | A | 34 | 9 | 0 | 0 | 43 |
| January 2026 | A | 27 | 12 | 0 | 0 | 39 |
| February 2026 | A | 26 | 5 | 2 | 7 | 40 |
| March 2026 | A | 22 | 5 | 0 | 0 | 27 |
| April 2026 | A | 8 | 3 | 0 | 0 | 11 |
| May 1–14, 2026 | A | 12 | 2 | 0 | 0 | 14 |
| May 15–31, 2026 | B | 8 | 6 | 0 | 0 | 14 |
| June 2026 | B | 20 | 3 | 0 | 0 | 23 |
| July 2026 | B | 11 | 1 | 0 | 0 | 12 |
| August 2026 | B | 12 | 6 | 2 | 0 | 20 |
| September 1–10, 2026 | B | 1 | 0 | 0 | 0 | 1 |
| **Total, May 15, 2025–May 14, 2026** | **A** | **345** | **73** | **71** | **9** | **498** |
| **Total, May 15, 2025–September 10, 2026** | **A & B** | **397** | **89** | **73** | **9** | **568** |

Calls with Dana J. Oliver

The records show 20 calls between Wilson's number and Oliver's number: 19 from November 12, 2025 through January 28, 2026, and one on August 14, 2026. Oliver placed 14 of the 20 calls.

| Period | Source | Oliver to Wilson | Wilson to Oliver | Total Calls |
|---|---|---|---|---|
| May 15–November 11, 2025 | A | 0 | 0 | 0 |
| November 12–30, 2025 | A | 8 | 6 | 14 |
| December 2025 | A | 1 | 0 | 1 |
| January 2026 | A | 4 | 0 | 4 |
| February 1–May 14, 2026 | A | 0 | 0 | 0 |
| May 15–September 10, 2026 | B | 1 | 0 | 1 |
| **Total** | **A & B** | **14** | **6** | **20** |