# EXHIBIT I

| PHONE | ANON_ID | FIRST_OPT_IN | MOST_RECENT_OPT_IN | FIRST_OPT_OUT | MOST_RECENT_OPT_OUT |
|---|---|---|---|---|---|
| 15419999999 | 100001 | 2025-04-16 | 2025-04-16 | | |
| 1706391[redacted] | 100001 | 2025-11-16 | 2025-11-16 | | |
| 15419999999 | 100002 | 2024-08-05 | 2024-08-05 | | |
| 15419999999 | 100003 | 2024-11-25 | 2024-11-25 | | |
| 1706391[redacted] | 100003 | 2024-03-08 | 2024-03-08 | | |
| 15419999999 | 100004 | 2025-07-18 | 2025-07-18 | | |
| 15419999999 | 100005 | 2021-03-02 | 2021-03-02 | | |
| 1706391[redacted] | 100006 | 2026-04-01 | 2026-04-01 | | |
| 15419999999 | 100007 | 2021-11-15 | 2021-11-15 | | |
| 15419999999 | 100008 | 2020-08-08 | 2020-08-08 | | |
| 15419999999 | 100009 | 2021-04-16 | 2021-04-16 | | |
| 1706391[redacted] | 100009 | 2025-02-04 | 2025-02-04 | | |
| 15419999999 | 100010 | 2020-04-16 | 2020-04-16 | | |
| 1706391[redacted] | 100011 | 2024-03-26 | 2024-03-26 | | |
| 15419999999 | 100012 | 2020-11-18 | 2020-11-18 | 2020-11-18 | 2020-11-18 |
| 15419999999 | 100013 | 2021-03-29 | 2021-03-29 | | |
| 15419999999 | 100014 | | | | |
| 15419999999 | 100015 | 2023-01-26 | 2023-01-26 | | |
| 15419999999 | 100016 | 2026-10-08 | 2026-10-08 | | |
| 1706391[redacted] | 100017 | 2025-07-15 | 2025-07-15 | | |
| 15419999999 | 100018 | 2021-12-09 | 2021-12-09 | 2022-03-14 | 2022-03-14 |
| 15419999999 | 100019 | 2021-11-22 | 2021-11-22 | | |
| 15419999999 | 100020 | 2021-02-10 | 2021-02-10 | | |
| 15419999999 | 100021 | 2021-12-11 | 2021-12-11 | | |
| 15419999999 | 100022 | 2022-07-01 | 2022-07-01 | | |
| 15419999999 | 100023 | 2022-03-16 | 2022-03-16 | 2022-03-16 | 2022-03-16 |
| 15419999999 | 100024 | 2025-12-20 | 2025-12-20 | | |
| 15419999999 | 100025 | 2026-01-05 | 2026-01-05 | | |
| 15419999999 | 100026 | 2020-10-26 | 2020-10-26 | 2020-10-26 | 2020-10-26 |
| 15419999999 | 100027 | 2023-12-29 | 2023-12-29 | | |
| 15419999999 | 100028 | 2023-10-20 | 2023-10-20 | | |
| 1706391[redacted] | 100028 | 2025-01-16 | 2025-01-16 | | |
| 15419999999 | 100029 | 2020-10-13 | 2020-10-13 | 2020-10-13 | 2020-10-13 |
| 15419999999 | 100030 | 2025-10-23 | 2025-10-23 | | |
| 15419999999 | 100031 | 2021-05-30 | 2021-05-30 | | |
| 15419999999 | 100032 | 2023-04-05 | 2023-04-05 | | |
| 15419999999 | 100033 | 2020-10-17 | 2020-10-17 | 2020-10-17 | 2020-10-17 |
| 1706391[redacted] | 100034 | 2025-06-19 | 2025-06-19 | | |
| 15419999999 | 100035 | 2020-10-13 | 2020-10-13 | 2020-10-17 | 2020-10-17 |
| 1706391[redacted] | 100036 | 2026-03-11 | 2026-03-11 | | |
| 15419999999 | 100037 | 2021-01-10 | 2021-01-10 | | |
| 15419999999 | 100038 | 2022-01-14 | 2022-01-14 | 2022-01-14 | 2022-01-14 |
| 15419999999 | 100039 | 2021-04-13 | 2021-04-13 | 2022-01-11 | 2022-01-11 |
| 1706391[redacted] | 100040 | 2025-02-02 | 2025-02-02 | | |
| 15419999999 | 100041 | 2023-12-07 | 2023-12-07 | | |
| 15419999999 | 100042 | 2022-07-27 | 2022-07-27 | | |
| 15419999999 | 100043 | 2022-01-27 | 2022-01-27 | | |
| 1706391[redacted] | 100044 | 2024-03-25 | 2024-03-25 | | |
| 15419999999 | 100045 | 2021-09-04 | 2021-09-04 | | |
| 15419999999 | 100046 | 2023-06-16 | 2023-06-16 | | |
| 15419999999 | 100047 | 2024-11-17 | 2024-11-17 | | |
| 1706391[redacted] | 100048 | 2024-03-27 | 2024-03-27 | | |

| | | | | | |
|---|---|---|---|---|---|
| 15419999999 | 100049 | 2023-01-01 | 2023-01-01 | | |
| 15419999999 | 100050 | 2026-06-11 | 2026-06-11 | | |
| 1706391[redacted] | 100051 | | | | |
| 15419999999 | 100052 | 2024-05-05 | 2024-05-05 | | |
| 1706391[redacted] | 100053 | 2025-02-17 | 2025-02-17 | 2025-11-10 | 2025-11-10 |
| 15419999999 | 100054 | 2025-09-02 | 2025-09-02 | 2025-09-02 | 2025-09-02 |
| 15419999999 | 100055 | 2026-05-10 | 2026-05-10 | | |
| 15419999999 | 100056 | 2026-01-14 | 2026-01-14 | 2026-03-31 | 2026-03-31 |
| 15419999999 | 100057 | 2024-04-04 | 2024-04-04 | | |
| 15419999999 | 100058 | 2025-12-19 | 2025-12-19 | | |
| 1706391[redacted] | 100059 | 2025-10-15 | 2025-10-15 | | |
| 15419999999 | 100060 | 2025-02-17 | 2025-02-17 | | |
| 15419999999 | 100061 | 2021-12-17 | 2021-12-17 | | |
| 15419999999 | 100062 | 2025-11-21 | 2025-11-21 | | |
| 15419999999 | 100063 | 2022-12-01 | 2022-12-01 | | |
| 15419999999 | 100064 | 2022-05-21 | 2022-05-21 | | |
| 1706391[redacted] | 100065 | 2025-08-04 | 2025-08-04 | | |
| 15419999999 | 100066 | 2026-05-04 | 2026-05-04 | | |
| 1706391[redacted] | 100066 | 2024-12-03 | 2024-12-03 | | |
| 1706391[redacted] | 100067 | 2025-06-19 | 2025-06-19 | | |
| 15419999999 | 100068 | 2024-11-02 | 2024-11-02 | | |
| 15419999999 | 100069 | 2022-07-08 | 2022-07-08 | | |
| 1706391[redacted] | 100070 | 2026-10-21 | 2026-10-21 | | |
| 15419999999 | 100071 | 2025-05-29 | 2025-05-29 | | |
| 1706391[redacted] | 100072 | 2025-08-09 | 2025-08-09 | | |
| 15419999999 | 100073 | 2025-01-20 | 2025-01-20 | 2025-01-28 | 2025-01-28 |
| 1706391[redacted] | 100073 | 2026-06-14 | 2026-06-14 | | |
| 1706391[redacted] | 100074 | 2025-02-25 | 2025-02-25 | | |
| 1706391[redacted] | 100075 | 2024-07-05 | 2024-07-05 | | |
| 1706391[redacted] | 100076 | 2026-08-19 | 2026-08-19 | | |
| 15419999999 | 100077 | 2025-09-11 | 2025-09-11 | 2025-09-11 | 2025-09-13 |
| 15419999999 | 100078 | 2025-07-18 | 2025-07-18 | | |
| 1706391[redacted] | 100079 | 2025-01-08 | 2025-01-08 | | |
| 1706391[redacted] | 100080 | 2025-10-07 | 2025-10-07 | | |
| 15419999999 | 100081 | 2026-09-07 | 2026-09-07 | | |
| 1301659[redacted] | 100082 | 2024-03-29 | 2024-03-29 | 2024-03-29 | 2024-03-29 |
| 15419999999 | 100083 | 2024-03-26 | 2024-03-26 | 2026-01-26 | 2026-01-26 |
| 1706391[redacted] | 100084 | 2024-04-12 | 2024-04-12 | 2024-10-03 | 2024-10-03 |
| 15419999999 | 100085 | 2025-02-03 | 2025-02-03 | | |
| 15419999999 | 100086 | 2024-03-06 | 2024-03-06 | | |
| 15419999999 | 100087 | 2026-05-28 | 2026-05-28 | | |
| 15419999999 | 100088 | 2024-10-20 | 2024-10-20 | | |
| 15419999999 | 100089 | 2024-10-04 | 2024-10-04 | | |
| 1706391[redacted] | 100090 | 2026-08-26 | 2026-08-26 | | |
| 1706391[redacted] | 100091 | | | | |
| 15419999999 | 100092 | 2026-01-30 | 2026-01-30 | | |
| 15419999999 | 100093 | 2025-12-14 | 2025-12-14 | | |
| 15419999999 | 100094 | 2025-01-10 | 2025-01-10 | 2026-03-02 | 2026-03-02 |
| 15419999999 | 100095 | 2025-01-17 | 2025-01-17 | | |
| 1706391[redacted] | 100096 | 2025-07-29 | 2025-07-29 | | |
| 15419999999 | 100097 | | | | |
| 1706391[redacted] | 100098 | 2026-07-14 | 2026-07-14 | 2026-10-30 | 2026-10-30 |
| 15419999999 | 100099 | 2025-12-16 | 2025-12-16 | | |

| | | | |
|---|---|---|---|
| 1706391[redacted] | 100100 | 2026-06-02 | 2026-06-02 |
| 1706391[redacted] | 100101 | 2026-09-18 | 2026-09-18 |