# EXHIBIT D

## James Ruley

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Friday, October 16, 2026 11:41 AM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Farag, Peter <pfarag@milbank.com>; Katyal, Neal <nkatyal@milbank.com>; Laskero, Izzy <ilaskero@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>; Bianca Pineda <BPineda@wtlaw.com>
**Subject:** Wilson v. Freeway, No. 6:25-cv-01869-MC (D. Or.): Second Subpoena to The Heidarpour Law Firm, PLLC
**Attachments:** 2026-10-16 Wilson v. Freeway - Second Subpoena re Heidarpour Law Firm, PLLC.pdf

---

Peter and Matt,

Attached is Freeway's second subpoena to produce documents directed to The Heidarpour Law Firm, PLLC in *Wilson v. Freeway Insurance Services of America, LLC*, No. 6:25-cv-01869-MC (D. Or.).

Please let us know whether you will accept service on HLF's behalf by email. If we don't hear back by noon ET on Tuesday, October 20, we will effect service.

We are serving this second subpoena in part to see if we can avoid having to re-notice HLF's deposition. Depending on HLF's responses and production, we reserve the right to re-notice it.

Regards,

James

**James Ruley (bio)**
WATSTEIN TEREPKA LLP
(404) 991-2684
jruley@wtlaw.com
www.wtlaw.com