# EXHIBIT L

Milbank
**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

October 22, 2026

**VIA EMAIL**
Ryan D. Watstein
James Ruley
Watstein Terepka LLP
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309

Re: *In re Subpoena to Heidarpour Law Firm, PLLC*, 26-mc-830 (D. Or.).

Dear Ryan and James:

We write on behalf of non-party Heidarpour Law Firm, PLLC ("HLF") about the 18 subpoenas Freeway Insurance Services of America, LLC ("Freeway") served on third-party vendors on October 16, 2026 (the "Vendor Subpoenas"). The Vendor Subpoenas seek, among other things, records since January 2024 for two telephone numbers belonging to HLF clients other than Mr. Wilson: (301) ***-2225 and (706) ***-5873 (the "Additional Numbers"). Freeway has no basis to seek information about HLF's other clients or the Additional Numbers, which have no relevance to any issue in this case. If the Additional Numbers were erroneously included in the Vendor Subpoenas, we ask that you immediately notify the Vendors, withdraw the subpoenas, and reissue them without the Additional Numbers. If Freeway intends to seek discovery about HLF's other clients, please explain the basis upon which you believe you are entitled to this discovery. Given the production deadline set by the Vendor Subpoenas, we ask that you agree to hold compliance in abeyance while we work through these issues, including as necessary through Court intervention, and so notify the Vendors, copying HLF.

Please let us know your position by October 26. HLF reserves all rights and objections to the Vendor Subpoenas and to the Second Subpoena served on HLF.

Sincerely,

Matthew Laroche

cc: Neal Katyal; Peter Farag (counsel for HLF)
Andrew Perrong (counsel for Chet Wilson)