# EXHIBIT N

**Farag, Peter**

**From:** Farag, Peter <pfarag@milbank.com>
**Sent:** Friday, October 30, 2026 9:50 AM
**To:** James Ruley <jruley@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

---

[Warning – external]

Hi James,

We've been discussing timing some more. We think we need to talk early next week, at least about the third-party subpoenas. We understand Freeway is unwilling to pause compliance with those subpoenas. If so, we think we'll need to go to the Court soon. Please let us know when you are available on Monday or Tuesday.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, October 29, 2026 12:04 PM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Farag, Peter <pfarag@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Re: Wilson v. Freeway - Conferral Today

Thanks, Matt. Appreciate your flexibility—hopefully everyone will be back up to full speed soon.

Given the Monday deadline, we think scheduling a call later in the week makes sense so we can address everything at once. Could you let us know a few times you're available next Thursday?

Thanks,

James

---

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Date:** Thursday, October 29, 2026 at 9:48 AM
**To:** James Ruley <jruley@wtlaw.com>; Farag, Peter <pfarag@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

[Warning – external]

Hi James,

I'm very sorry to hear about your baby, and I hope everything is ok. Of course, no problem to reschedule.

We will serve R&Os to your newest subpoena by Monday. Does it make sense to schedule something later in the week so we can address everything at once?

Thanks,
Matt

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, October 29, 2026 9:38 AM
**To:** Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Wilson v. Freeway - Conferral Today

Hi Peter and Matt,

We need to reschedule today's conferral. We promised to send our position ahead of the call so we could make the most of it, and we haven't been able to. That's mostly on me, as I've been dealing with a sick baby most of the week.

Could you let us know your availability next Monday or Tuesday?

Thanks,
James

**James M. Ruley**
WATSTEIN TEREPKA LLP
(404) 991-2684
jruley@wtlaw.com
www.wtlaw.com
======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s),

or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.