# EXHIBIT P

CLOSED,MEDIATION,PAB,REF_DISCOV

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:25-cv-24103-DSL

| | |
|---|---|
| Wilson v. MIA Aesthetics Holdings, LLC<br>Assigned to: Judge David S. Leibowitz<br>Referred to: Magistrate Judge Panayotta D. Augustin-Birch<br>Cause: 47:227 Restrictions of Use of Telephone Equipment | Date Filed: 09/09/2025<br>Date Terminated: 04/22/2026<br>Jury Demand: Plaintiff<br>Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Chet Michael Wilson**<br>*individually and on behalf of all others similarly situated,* | represented by | **Rachel E Kaufman**<br>Kaufman PA<br>400 NW 26th Street<br>Miami, FL 33127<br>3054695881<br>Email: rachel@kaufmanpa.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Avi Robert Kaufman**<br>Kaufman P.A.<br>31 Samana Drive<br>Miami, FL 33133<br>305-469-5881<br>Email: kaufman@kaufmanpa.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **MIA Aesthetics Holdings, LLC** | represented by | **Javier Asis Lopez**<br>Kozyak Tropin & Throckmorton PA<br>2525 Ponce De Leon Blvd<br>Suite 900<br>Coral Gables, FL 33134<br>305-372-1800<br>Fax: 305-372-3508<br>Email: jal@kttlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Joseph Leavitt**<br>Vedder Price (FL) LLP<br>600 Brickell Avenue<br>Suite 1500 |

Miami, FL 33131
786-741-3200
Email: jleavitt@vedderprice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MIA Aesthetics Services, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2025 | 1 | COMPLAINT against MIA Aesthetics Holdings, LLC. Filing fees $ 405.00 receipt number AFLSDC-18772067, filed by Chet Michael Wilson. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Kaufman, Avi) (Entered: 09/09/2025) |
| 09/09/2025 | 2 | Clerks Notice of Judge Assignment to Judge David S. Leibowitz.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Panayotta Augustin-Birch is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (cwc) (Entered: 09/09/2025) |
| 09/09/2025 | 3 | Summons Issued as to MIA Aesthetics Holdings, LLC. (cwc) (Entered: 09/09/2025) |
| 09/16/2025 | 4 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Chet Michael Wilson. MIA Aesthetics Holdings, LLC served on 9/11/2025, response/answer due 10/2/2025. (Kaufman, Avi) (Entered: 09/16/2025) |
| 09/16/2025 | 5 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Chet Michael Wilson. MIA Aesthetics Holdings, LLC served on 9/12/2025, response/answer due 10/3/2025. (See DE 4 for image) (cwc) (Entered: 09/16/2025) |
| 09/16/2025 | 6 | Clerk's Notice to Filer re DE 4 Summons Returned Executed. **Incorrect Service Date Entered**; ERROR - The incorrect service date was entered. The correction was made by the Clerk and filing was re-docketed, see DE 5 . It is not necessary to refile this document. (cwc) Modified Document Link on 9/16/2025 (cwc). (Entered: 09/16/2025) |
| 10/06/2025 | 7 | STRICKEN ORDER ON DEFAULT PROCEDURE. Signed by Judge David S. Leibowitz on 10/6/2025. *See attached document for full details*. (cwc) Per DE 10 Modified Text Striking on 10/16/2025 (cwc). (Entered: 10/07/2025) |
| 10/14/2025 | 8 | NOTICE of Attorney Appearance by Javier Asis Lopez on behalf of MIA Aesthetics Holdings, LLC. Attorney Javier Asis Lopez added to party MIA Aesthetics Holdings, LLC(pty:dft). (Lopez, Javier) (Entered: 10/14/2025) |
| 10/14/2025 | 9 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint by MIA Aesthetics Holdings, LLC. (Lopez, Javier) (Entered: 10/14/2025) |
| 10/15/2025 | 10 | ORDER granting DE 9 Motion for Extension of Time to File Answer to a Complaint. MIA Aesthetics Holdings, LLC. Answer due 11/14/2025. Signed by Judge David S. Leibowitz on 10/15/2025. *See attached document for full details*. (cwc) (Entered: 10/16/2025) |
| 11/14/2025 | 11 | ANSWER and Affirmative Defenses to Complaint by MIA Aesthetics Holdings, LLC. (Lopez, Javier) (Entered: 11/14/2025) |

| | | |
|---|---|---|
| 11/17/2025 | 12 | ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES. Joint Scheduling Report due by 12/8/2025 Signed by Judge David S. Leibowitz on 11/17/2025. *See attached document for full details*. (cwc) (Entered: 11/18/2025) |
| 12/08/2025 | 13 | Joint SCHEDULING REPORT - **Rule 26(f)** by Chet Michael Wilson (Attachments: # 1 Exhibit 1 - Proposed Scheduling Order)(Kaufman, Avi) (Entered: 12/08/2025) |
| 12/08/2025 | 14 | Certificate of Other Affiliates/Corporate Disclosure Statement by Chet Michael Wilson (Kaufman, Avi) (Entered: 12/08/2025) |
| 12/08/2025 | 15 | Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by MIA Aesthetics Holdings, LLC (Lopez, Javier) (Entered: 12/08/2025) |
| 12/09/2025 | 16 | ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE: ( Jury Trial set for 4/5/2027 in Miami Division before Judge David S. Leibowitz., Pretrial Conference set for 3/2/2027 10:00 AM in Miami Division before Judge David S. Leibowitz.), ORDER REFERRING CASE to Magistrate Judge Panayotta D. Augustin-Birch for Discovery Matters. Signed by Judge David S. Leibowitz on 12/9/2025. *See attached document for full details*. (cwc)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 12/09/2025) |
| 12/17/2025 | 17 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 12/16/2025. *See attached document for full details*. (cwc) (Entered: 12/17/2025) |
| 12/29/2025 | 18 | Joint NOTICE of Mediator Selection and Hearing. Selected/Added Martin G. Zilber as Mediator. Mediation Hearing set for 06/25/2026 at 10:00 a.m.. (Attachments: # 1 Text of Proposed Order)(Kaufman, Avi) (Entered: 12/29/2025) |
| 12/29/2025 | 19 | ORDER Scheduling Mediation before Mediator Hon. Martin G. Zilber. Mediation Hearing set for 6/25/2026 10:00 AM Signed by Judge David S. Leibowitz on 12/29/2025. *See attached document for full details*. (cwc) (Entered: 12/30/2025) |
| 12/30/2025 | 20 | NOTICE of Change of Email; by Javier Asis Lopez (Lopez, Javier) (Entered: 12/30/2025) |
| 02/03/2026 | 21 | NOTICE OF UNAVAILABILITY by MIA Aesthetics Holdings, LLC for dates of January 26, 2026 through February 14, 2026 (Lopez, Javier) (Entered: 02/03/2026) |
| 02/13/2026 | 22 | MOTION to Stay *Class Discovery* by MIA Aesthetics Holdings, LLC. Responses due by 2/27/2026. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Lopez, Javier) (Entered: 02/13/2026) |
| 02/20/2026 | 23 | NOTICE of Attorney Appearance by Jeffrey Joseph Leavitt on behalf of MIA Aesthetics Holdings, LLC. Attorney Jeffrey Joseph Leavitt added to party MIA Aesthetics Holdings, LLC(pty:dft). (Leavitt, Jeffrey) (Entered: 02/20/2026) |
| 02/27/2026 | 24 | RESPONSE in Opposition re 22 MOTION to Stay *Class Discovery* filed by Chet Michael Wilson. Replies due by 3/6/2026. (Attachments: # 1 Exhibit 1 - Plaintiff Declaration) (Kaufman, Avi) (Entered: 02/27/2026) |
| 03/06/2026 | 25 | REPLY in Support of Motion re 22 MOTION to Stay *Class Discovery*. filed by MIA Aesthetics Holdings, LLC. (Lopez, Javier) (Entered: 03/06/2026) |

| | | |
|---|---|---|
| 03/31/2026 | 26 | STRICKEN AMENDED COMPLAINT against MIA Aesthetics Services, LLC, filed by Chet Michael Wilson.(Kaufman, Avi) Per DE 29 Modified Text Striking on 4/1/2026 (cwc). (Entered: 03/31/2026) |
| 03/31/2026 | 27 | NOTICE of Filing Proposed Summons(es) by Chet Michael Wilson re 26 Amended Complaint/Amended Notice of Removal filed by Chet Michael Wilson (Kaufman, Avi) (Entered: 03/31/2026) |
| 03/31/2026 | 28 | Summons Issued as to MIA Aesthetics Services, LLC. (cwc) (Entered: 03/31/2026) |
| 04/01/2026 | 29 | ORDER STRIKING DE 26 Amended Complaint/Amended Notice of Removal filed by Chet Michael Wilson Signed by Judge David S. Leibowitz on 4/1/2026. *See attached document for full details*. (cwc) (Entered: 04/01/2026) |
| 04/07/2026 | 30 | ORDER: Accordingly, it is hereby ORDERED AND ADJUDGED that the Motion [ECF No. 22 ] is GRANTED. The parties shall submit a joint scheduling report consistent with Defendant's proposed expedited discovery schedule of two-to-three months for Plaintiff's individual claims no later than April 21, 2026. Signed by Judge David S. Leibowitz on 4/7/2026. *See attached document for full details*. (wce) (Entered: 04/07/2026) |
| 04/21/2026 | 31 | STIPULATION of Dismissal *without prejudice* by Chet Michael Wilson (Kaufman, Avi) (Entered: 04/21/2026) |
| 04/22/2026 | 32 | ORDER Dismissing Case. *(Without Prejudice)* .The Clerk is directed to CLOSE this case. Signed by Judge David S. Leibowitz on 4/22/2026. *See attached document for full details*. (cwc) (Entered: 04/22/2026) |

---


## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 11/04/2026 00:59:51 | | | |
| **PACER Login:** | jruleywtlaw | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-24103-DSL |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |