Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
James M. Ruley (*Pro Hac Vice*)
jruley@wtlaw.com
Rebecca Rhym (*Pro Hac Vice*)
rrhym@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
**COSGRAVE VERGEER KESTER LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000

*Attorneys for Defendant Freeway Insurance Services of America, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| *In re* SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC. | Case No. 6:26-mc-00830-MC |
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>Defendant. | **SUPPLEMENTAL DECLARATION OF JAMES M. RULEY IN SUPPORT OF FREEWAY'S RESPONSE TO HLF'S REQUEST FOR RELIEF** |

I, James M. Ruley, declare as follows:

1. I am a senior associate at Watstein Terepka LLP and counsel for Defendant Freeway Insurance Services of America, LLC ("Freeway") in this action and in the related subpoena proceeding. I am admitted pro hac vice. I have personal knowledge of the facts in this declaration. If called to testify, I could and would testify competently to them.

2. I submit this declaration in support of Freeway's Response to Heidarpour Law Firm, PLLC's ("HLF") Request for Relief (ECF No. 38).

3. On October 16, 2026, Freeway served subpoenas on eighteen lead-generation, text-messaging, and automated-marketing vendors. No vendor has moved to quash or modify its subpoena. In fact, several of the vendors have expressed eagerness to assist because they or their clients too have received what they view as abusive demands or lawsuits from HLF clients.

4. On October 20, 2026, I asked HLF's counsel for their availability to confer about HLF's October 14, 2026 letter and supplemental production. On October 22, HLF's counsel responded that they were available on October 29. On October 23, I confirmed the conferral for 11 a.m. on October 29.

5. On the morning of October 29, I asked to reschedule because I had been caring for a sick child that week. HLF's counsel agreed and suggested scheduling the call for even later the following week, after HLF served its responses and objections to Freeway's second subpoena. The parties set the conferral for November 5, 2026, and held it that day.

6. Completely separate from the conferral we had scheduled over HLF's deficient discovery, on October 30, HLF's counsel asked to confer about the vendor subpoenas early the following week. I was out for a medical appointment for my sick child, but my colleague Ryan

Watstein accommodated that request at the earliest date proposed by HLF, and the parties conferred on November 2, 2026. *See* Ex. 1; ECF No. 36, Ex. N.

7. Attached as **Exhibit 1** are true and correct copies of two email chains between counsel for Freeway and counsel for HLF: (a) a chain titled "In re: Subpoena to the Heidarpour Law Firm, PLLC, 6:26-mc-00830-MC (D. Or.)," consisting of my October 20, 2026 email, HLF's counsel's October 22, 2026 response, and my October 23, 2026 reply, with earlier messages in that chain omitted; and (b) a chain titled "Wilson v. Freeway - Conferral Today," dated October 29 through November 5, 2026.

8. Attached as **Exhibit 2** is a true and correct copy of an email chain between counsel for Freeway and counsel for HLF titled "HLF/Freeway Joint Email to Judge McShane," dated November 3 through November 9, 2026.

9. On November 6, 2026, at 6:14 p.m. ET, I sent HLF's counsel Freeway's position for the joint email. Three days later, and right after HLF filed an eleven-page brief instead of responding to my email, on November 9, 2026, at 3:21 p.m. ET, Mr. Watstein asked HLF's counsel to send HLF's final draft of the joint email by 7:00 p.m. ET that day. HLF did not send a final draft. Instead, at 6:31 p.m. ET, HLF's counsel wrote that, if Freeway sends the joint email, Freeway should replace HLF's November 3 position with a statement that HLF's position "is set out in its filing of today, ECF No. 38." HLF has not sent the joint email to the Courtroom Deputy. See Ex. 2.

10. Attached as **Exhibit 3** is a true and correct copy of the draft joint email to the Courtroom Deputy, titled "11.3.26 - HLF & Freeway Joint Email to Judge McShane," that HLF's counsel attached to the November 3, 2026, 7:17 p.m. email in Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2026, in Marietta, Georgia.

*/s/ James M. Ruley*
James M. Ruley