# EXHIBIT 1

## James Ruley

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, October 23, 2026 10:28 AM
**To:** Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>; Jennipher Borey <jborey@wtlaw.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Laskero, Izzy <ilaskero@milbank.com>; Omer, Sahar <somer@milbank.com>
**Subject:** Re: In re: Subpoena to the Heidarpour Law Firm, PLLC, 6:26-mc-00830-MC (D. Or.)

Thanks, Peter. Circulating an invite for 11 AM shortly.

---

**From:** Farag, Peter <pfarag@milbank.com>
**Date:** Thursday, October 22, 2026 at 3:56 PM
**To:** James Ruley <jruley@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>; Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>; Jennipher Borey <jborey@wtlaw.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Laskero, Izzy <ilaskero@milbank.com>; Omer, Sahar <somer@milbank.com>
**Subject:** RE: In re: Subpoena to the Heidarpour Law Firm, PLLC, 6:26-mc-00830-MC (D. Or.)

[Warning – external]

Hi James,

We're available between 10 am – 2 pm ET on Thursday, October 29, to meet and confer.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Tuesday, October 20, 2026 3:33 PM
**To:** Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>; Jennipher Borey <jborey@wtlaw.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Laskero, Izzy <ilaskero@milbank.com>; Omer, Sahar <somer@milbank.com>
**Subject:** [EXT] Re: In re: Subpoena to the Heidarpour Law Firm, PLLC, 6:26-mc-00830-MC (D. Or.)

Hi Peter,

We'd like to schedule a meet-and-confer next week to discuss items in the letter attached to your October 14 supplemental production and in your correspondence accompanying HLF's first production. We will circulate an email before the call outlining what we'd like to cover. Could you please let us know your availability on Wednesday, October 28, or Thursday, October 29?

Thanks,

James

*[Earlier messages in this chain omitted.]*

## James Ruley

**From:** Farag, Peter <pfarag@milbank.com>
**Sent:** Thursday, November 5, 2026 9:26 AM
**To:** James Ruley <jruley@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

[Warning – external]

Hi James,

Yes, we're still on for today's meet and confer.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Wednesday, November 4, 2026 9:15 PM
**To:** Farag, Peter <pfarag@milbank.com>; Ryan Watstein <Ryan@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Re: Wilson v. Freeway - Conferral Today

Hi Peter,

Confirming we're still on for tomorrow's meet and confer. We have a few outstanding items to cover.

Thanks,

James

---

**From:** Farag, Peter <pfarag@milbank.com>
**Date:** Friday, October 30, 2026 at 3:39 PM
**To:** Caitlin Dooley <cdooley@wtlaw.com>; James Ruley <jruley@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

[Warning – external]

Thanks, all. 4:00 on Monday and 1:30 on Thursday works on our end. I'll circulate invites.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** Caitlin Dooley <cdooley@wtlaw.com>
**Sent:** Friday, October 30, 2026 2:57 PM
**To:** James Ruley <jruley@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>; Farag, Peter

<pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Re: Wilson v. Freeway - Conferral Today

Hey James,

I sent over availability for Monday!

For Thursday, both you and Ryan are open 1:30 - 3:00 ET 😊

Thanks,

--
Caitlin Dooley (bio)
Executive Assistant
WATSTEIN TEREPKA LLP
P: 404-418-8307
cdooley@wtlaw.com
www.wtlaw.com
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.418.8307) or by electronic mail (cdooley@wtlaw), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

---

**From:** James Ruley <jruley@wtlaw.com>
**Date:** Friday, October 30, 2026 at 2:53 PM
**To:** Ryan Watstein <Ryan@wtlaw.com>; Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Caitlin Dooley <cdooley@wtlaw.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** Re: Wilson v. Freeway - Conferral Today

Given HLF's R&O's due Monday, let's also set up a time to talk again later in the week once we've had a chance to digest. @Caitlin, can you suggest some times that work for Ryan and me on Monday and Thursday?

Thanks,

James

---

**From:** Ryan Watstein <Ryan@wtlaw.com>
**Date:** Friday, October 30, 2026 at 2:49 PM
**To:** Farag, Peter <pfarag@milbank.com>; James Ruley <jruley@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>; Caitlin Dooley <cdooley@wtlaw.com>
**Cc:** Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** Re: Wilson v. Freeway - Conferral Today

Hey Peter, we're fine to chat early next week. I'm copying @Caitlin Dooley to coordinate that call with my and James's schedules.

---

**From:** Farag, Peter <pfarag@milbank.com>
**Date:** Friday, October 30, 2026 at 9:51 AM

**To:** James Ruley <jruley@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

[Warning – external]

Hi James,

We've been discussing timing some more. We think we need to talk early next week, at least about the third-party subpoenas. We understand Freeway is unwilling to pause compliance with those subpoenas. If so, we think we'll need to go to the Court soon. Please let us know when you are available on Monday or Tuesday.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, October 29, 2026 12:04 PM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Farag, Peter <pfarag@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Re: Wilson v. Freeway - Conferral Today

Thanks, Matt. Appreciate your flexibility—hopefully everyone will be back up to full speed soon.

Given the Monday deadline, we think scheduling a call later in the week makes sense so we can address everything at once. Could you let us know a few times you're available next Thursday?

Thanks,

James

---

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Date:** Thursday, October 29, 2026 at 9:48 AM
**To:** James Ruley <jruley@wtlaw.com>; Farag, Peter <pfarag@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Conferral Today

[Warning – external]

Hi James,

I'm very sorry to hear about your baby, and I hope everything is ok. Of course, no problem to reschedule.

We will serve R&Os to your newest subpoena by Monday. Does it make sense to schedule something later in the week so we can address everything at once?

Thanks,

Matt

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, October 29, 2026 9:38 AM
**To:** Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Wilson v. Freeway - Conferral Today

Hi Peter and Matt,

We need to reschedule today's conferral. We promised to send our position ahead of the call so we could make the most of it, and we haven't been able to. That's mostly on me, as I've been dealing with a sick baby most of the week.

Could you let us know your availability next Monday or Tuesday?

Thanks,
James

James M. Ruley
WATSTEIN TEREPKA LLP
(404) 991-2684
jruley@wtlaw.com
www.wtlaw.com

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for

the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.