# Exhibit K

**From:** Farag, Peter
**To:** James Ruley; Laroche, Matthew
**Cc:** Ryan Watstein; Rebecca Rhym
**Bcc:** Omer, Sahar; Laskero, Izzy
**Subject:** RE: Wilson v. Freeway - Third Party Settlement Agreements
**Date:** Monday, November 9, 2026 12:58:01 PM
**Attachments:** HLF_Freeway_008.zip

James & Ryan,

The agreements referenced below are being produced pursuant to the interim protective order and are marked confidential. The password is below.

[redacted]

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** Farag, Peter
**Sent:** Friday, November 6, 2026 5:58 PM
**To:** 'James Ruley' <jruley@wtlaw.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** RE: Wilson v. Freeway - Third Party Settlement Agreements

Hi James & Ryan,

Following up on the [redacted] settlement agreements. We've reached out to [redacted] one final time. If we do not hear back from him by Monday, we will produce the settlement agreements by COB then.

Peter Farag | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5830
pfarag@milbank.com | milbank.com

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Tuesday, November 3, 2026 11:59 AM
**To:** Farag, Peter <pfarag@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>; Rebecca Rhym <rrhym@wtlaw.com>
**Subject:** [EXT] Wilson v. Freeway - Third Party Settlement Agreements

Peter and Matt,

We're following up to request that HLF produce Wilson's settlement agreements with [redacted] and [redacted].

The Court has already ordered production. Chief Judge McShane denied HLF's motion to quash as to every document request. *In re Subpoena to Heidarpour Law Firm, PLLC*, No. 6:26-mc-00830-MC (D. Or. Aug. 24, 2026), ECF No. 28. These agreements fall within that order.

The only thing holding them up is sign-off from [redacted] clients. Ryan spoke with [redacted] on September 21, and [redacted] raised no objection. He said he would advise [redacted] and [redacted] not to oppose production. We sent him the protective order the next day, as he asked, and have followed up repeatedly since. More than six weeks later, we haven't heard back. [redacted] also already told us his clients' Wilson settlements total seven figures, so the amounts are no secret to us. But we need the agreements themselves.

The protective order covers the agreements as Confidential, and more than 60 third parties have allowed HLF to produce on those terms. Please produce the [redacted] and [redacted] agreements by noon ET on Thursday, November 5. If HLF won't, we'll take this up with the Court.

Thanks,
James

**James Ruley**
WATSTEIN TEREPKA LLP
404-991-2684
jruley@wtlaw.com
www.wtlaw.com

75 14th St NE Suite 2600
Atlanta, GA 30309