# Exhibit N

# Attentive Opt-In Records for (541) [redacted]-9999 by Quarter

Freeway's dividing lines (Oct. 4, 2024 and May 16, 2026) marked; fourth quarters shaded dark




Source: Attentive production attached as Exhibit I to the Declaration of Ryan D. Watstein (ECF No. 35-9). Each record is counted once, by its first opt-in date, consistent with Watstein Decl. ¶ 33. Records with no opt-in date are excluded. Q4 2026 reflects data only through October 30, 2026.

# Attentive Opt-In Records for Sara Taylor's Number by Quarter

Period in which Ms. Taylor filed TCPA cases (Nov. 18, 2024 – Aug. 29, 2025) shaded




Source: Attentive production attached as Exhibit I to the Declaration of Ryan D. Watstein (ECF No. 35-9). Each record is counted once, by its first opt-in date, consistent with Watstein Decl. ¶ 33. Records with no opt-in date are excluded. Q4 2026 reflects data only through October 30, 2026.

# Summary of Attentive Records (Watstein Decl. Ex. I)

| Number | Records | No opt-in date | Dated records |
|---|---|---|---|
| (541) [redacted]-9999 (Wilson) | 73 | 2 | 71 |
| Sara Taylor (ending 5873) | 33 | 2 | 31 |
| Antwane Johnson (ending 2225) | 1 | 0 | 1 |
| Total | 107 | 4 | 103 |

(541) [redacted]-9999: effect of moving the dividing line (later period ends May 15, 2026 in every row)

| Dividing date | Before | After | Per year before | Per year after | Ratio |
|---|---|---|---|---|---|
| Oct. 4, 2024 (Freeway) | 40 | 27 | 9.0 | 16.7 | 1.9x |
| July 1, 2024 | 39 | 28 | 9.3 | 15.0 | 1.6x |
| Apr. 1, 2024 | 37 | 30 | 9.3 | 14.2 | 1.5x |
| Jan. 1, 2024 | 35 | 32 | 9.4 | 13.5 | 1.4x |
| July 1, 2023 | 32 | 35 | 10.0 | 12.2 | 1.2x |
| Jan. 1, 2023 | 28 | 39 | 10.3 | 11.6 | 1.1x |

Source: Attentive production attached as Exhibit I to the Declaration of Ryan D. Watstein (ECF No. 35-9). Each record is counted once, by its first opt-in date, consistent with Watstein Decl. ¶ 33. Records with no opt-in date are excluded. Q4 2026 reflects data only through October 30, 2026. Earlier period begins April 16, 2020, the first date in the records. Annual rates are computed by elapsed days.